# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALFRED SCALES

NO. 2020 KW 0853

**OCTOBER 26, 2020**

---

In Re:    Alfred Scales, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 08-12-0338.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT DENIED.** In accord with **State v. Scales,** 2018-01681 (La. 7/17/20), 298 So.3d 155, relator was given an opportunity to file a new writ application and supplement it with documents that support the claims set forth in the application for postconviction relief. Yet, the instant writ application is devoid of any evidence that would support relator's allegations. Therefore, we are constrained to conclude that relator failed to meet his burden of proving his attorney was ineffective for failing to investigate under **Strickland v. Washington,** 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT